# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) JOSEPH FILER, individually and on behalf of all other similarly situated,<br><br>　　　　Plaintiff,<br>v.<br><br>1) NINE ENERGY SERVICE, INC.,<br><br>　　　　Defendant. | Case No. CIV-21-1114-PRW |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(A)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Joseph Filer hereby gives notice that the above captioned action is voluntarily dismissed without prejudice.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/*Ricardo J. Prieto*
　　　　　　　　　　　　　　　　　　Ricardo J. Prieto
　　　　　　　　　　　　　　　　　　Texas Bar No. 24062947
　　　　　　　　　　　　　　　　　　rprieto@eeoc.net
　　　　　　　　　　　　　　　　　　Melinda Arbuckle
　　　　　　　　　　　　　　　　　　Texas Bar No. 24080773
　　　　　　　　　　　　　　　　　　marbuckle@eeoc.net
　　　　　　　　　　　　　　　　　　Shellist Lazarz Slobin LLP
　　　　　　　　　　　　　　　　　　11 Greenway Plaza, Suite 1515
　　　　　　　　　　　　　　　　　　Houston, TX 77046
　　　　　　　　　　　　　　　　　　(713) 621-2277 – Telephone
　　　　　　　　　　　　　　　　　　(713) 621-0993 – Facsimile
　　　　　　　　　　　　　　　　　　***Attorneys for Plaintiff***